UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JOSEPH DAIGLE** | **CIVIL ACTION NO. 5:13-cv-2290** |
| **LA. DOC #538044** | |
| **VS.** | **SECTION P** |
| | **JUDGE S. MAURICE HICKS** |
| **JERRY W. GOODWIN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 30th day of September, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE